

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

ELIJAH HOLLMAN,

                Plaintiff,

-against-

CAMERON LINDSAY, WARDEN, MDC
BROOKLYN, NEW YORK, MR. PAGE, UNIT
MANAGER, MS. N. WALLER, CASE MANAGER,
DR. HESS, RDAP CO-ORDINATOR, MS.
ANDERSEN, UNIT COUNSELOR, K. BARTLETT,
LIEUTENANT and B. GUIMOND, LIEUTENANT,
*All individually and in their capacities as officials of
the bureau of prisons*,

                Defendants.

----------------------------------------------------------------------X

**ORDER**

08-CV-1417 (NGG) (ALC)

NICHOLAS G. GARAUFIS, United States District Judge.

Plaintiff Elijah Hollman ("Hollman") brought suit pro se under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), while incarcerated at the Federal Correctional Institution in Elkton, Ohio, complaining of actions taken against him while he was incarcerated at the Metropolitan Detention Center in Brooklyn, New York. Hollman sued multiple defendants and alleged multiple claims, several of which have now been dismissed; one claim against Defendants Lieutenants Kristie Bartlett and Brian Guimond survived. (See Memorandum and Order (Docket Entry #34) at 29.) Hollman has since been released and is now represented by counsel. (Docket Entry # 43.) Hollman moved for leave to amend his complaint, which changes would add several parties and claims to his suit. (See Mot. (Docket Entry # 52).) The court referred this motion to Magistrate Judge Andrew L. Carter, Jr. for Report and

1

Recommendation ("R&R"). (Docket Entry Oct. 25, 2010.) On August 26, 2011, Judge Carter issued his R&R, recommending that this court deny Plaintiff's motion to amend the complaint, on the ground that the amendments would be futile. (See generally R&R.)

No party has objected to Judge Carter's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews Judge Carter's R&R for clear error. See 28 U.S.C. § 636(b)(1). Having reviewed Judge Carter's R&R, the court adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112 (2d Cir. 2007). Accordingly, the court DENIES plaintiff's motion to amend his complaint.

SO ORDERED.

Dated: Brooklyn, New York
September 16, 2011

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

2